**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 325 EAL 2023

Respondent    :

:    Petition for Allowance of Appeal
:    from the Order of the Superior Court

v.    :

FRANK ADAMS,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of March, 2024, the Petition for Allowance of Appeal is

**DENIED**.

     Justice McCaffery did not participate in the consideration or decision of this matter.